An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RALPH CASTRO MARTINEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66594

**FILED**

OCT 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of unlawful use of a controlled substance (methamphetamine). Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

The notice of appeal was filed on September 25, 2014, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). To the extent that appellant appeals from the order revoking probation and reinstating judgment of conviction entered on February 7, 2014, the appeal is also untimely. We lack jurisdiction to consider this appeal, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court."), and therefore we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

H-33682

cc:    Hon. Robert W. Lane, District Judge
Hon. Kimberly A. Wanker, District Judge
Christopher R. Arabia
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk
Ralph Castro Martinez

SUPREME COURT
OF
NEVADA

(O) 1947A